**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1039**

KENNETH HINTON,

            Plaintiff – Appellant,

        v.

EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC,

            Defendants – Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.    Anthony J. Trenga, District Judge. (1:09-cv-01061-AJT-TRJ)

Submitted:  July 7, 2010                Decided:  July 19, 2010

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth Hinton, Appellant Pro Se.  Keasha Ann Broussard, KING & SPALDING, LLP, Atlanta, Georgia; Erik J. Grohmann, STRASBURGER & PRICE, LLP, Frisco, Texas, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Hinton appeals the district court's order granting the Defendants' motion to dismiss his amended complaint alleging claims under the Fair Credit Reporting Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Hinton v. Equifax Info. Servs. LLC</u>, No. 1:09-cv-01061-AJT-TRJ (E.D. Va. filed Dec. 18, 2009; entered Dec. 22, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>